IN RE APPLICATION OF WASHINGTON.

[Cite as *In re Application of Washington,* 137 Ohio St.3d 1235, 2013-Ohio-4573.]

*Pending application for admission to take the Ohio bar examination disapproved—Applicant may reapply to take the July 2016 bar examination.*

(No. 2013-0427—Submitted May 8, 2013—Decided October 23, 2013.)

ON REPORT by the Board of Commissioners on Character and Fitness

of the Supreme Court, No. 531.

_____

{¶ 1} On March 15, 2013, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Karyn Marie Washington's application to take the Ohio bar examination be disapproved and that she be permitted to apply for the February 2015 bar examination. The applicant did not file objections. On June 18, 2013, the court granted, in part, Washington's motion to seal the record.

{¶ 2} On consideration of the board's report, the court adopts the board's finding that Washington has failed to prove that she currently possesses the requisite character, fitness, and moral qualifications for admission to the practice of law in Ohio and hereby orders that Washington's pending application be disapproved. Based on the court's review of the record, the court also finds that a longer waiting period is required before Washington may reapply to take the Ohio bar examination. Accordingly, it is further ordered that Washington is permitted to reapply for the July 2016 bar examination pursuant to the requirements of Gov.Bar R. I, including completion of a new character-and-fitness investigation.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____